IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>ERNEST HILL,<br><br>                  Defendant. | 8:01CR324<br><br>ORDER |

      Defendant Ernest Hill appeared before the court on Friday, July 25, 2014 on a Petition for Warrant for Offender Under Supervision [69]. The defendant was represented by Assistant Federal Public Defender Richard H. McWilliams and the United States was represented by Assistant U.S. Attorney Martin J. Conboy, IV. Defendant waived his right to a preliminary examination. The government moved for detention. A detention hearing was held. The government's motion for detention is denied. Therefore, the defendant will be released on current conditions of supervision.

      I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Strom.

      **IT IS ORDERED:**

      1.    A final dispositional hearing will be held before Senior Judge Strom in Courtroom No. 5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on August 21, 2014 on 11:00 a.m. Defendant must be present in person.

      2.    The defendant is to be released on current conditions of supervision.

      Dated this 25th day of July, 2014.

                                                                                                        BY THE COURT:

                                                                                                       s/ F.A. Gossett, III<br>
                                                                                                       United States Magistrate Judge