IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:01CR324 |
| | ) | |
| v. | ) | |
| | ) | |
| ERNEST HILL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to continue defendant's supervised release hearing (Filing No. 81).  Accordingly,

IT IS ORDERED that the hearing on the petition for warrant or summons for offender under supervision (Filing No. 69) is rescheduled for:

**Thursday, February 19, 2015, at 10:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 17th day of December, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court