IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
              Plaintiff,     )           8:01CR324
                             )
        v.                   )
                             )
ERNEST HILL,                 )           ORDER
                             )
              Defendant.     )
_____)
```

      This matter is before the Court on plaintiff's motion to dismiss (Filing No. 84).  Pursuant to Fed. R. Crim. P. 48(a), leave is granted for the filing of the dismissal of the petition for warrant or summons for offender under supervision.  Accordingly,

      IT IS ORDERED that the petition for warrant or summons for offender under supervision (Filing No. 69) is dismissed.

      DATED this 18th day of February, 2015.

                                BY THE COURT:

                                /s/ Lyle E. Strom
                                _____
                                LYLE E. STROM, Senior Judge
                                United States District Court